

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

July 15, 2020

BY ECF
Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *JPMorgan Chase Bank, N.A. v. Synchrony Bank, et al.*
             Case No. 20-CV-2162 (RRM) (JO)

Dear Judge Mauskopf:

      This firm represents plaintiff JPMorgan Chase Bank, N.A. ("Chase") in the above-entitled action. With the consent of the parties, I write pursuant to your Honor's Individual Rules to request permission to file Chase's uncontested motion for an order directing the deposit of the funds at issue in this interpleader action and for related relief, including to be discharged from this action.

      The parties have conferred and the competing claimants-defendants – Synchrony Bank on the one hand, and Elizabeth Optical, Inc., E & A Optical, Inc., Edward Gershovich, and Mariana Gershovich, on the other – have determined that they will not be contesting Chase's motion or submitting papers in opposition to the requested relief. Therefore, no briefing schedule is required. Chase requests the Court's permission to serve its motion on the defendants by e-mail on or before July 17, 2020 (or within 48 hours after this letter request is approved), and that the motion be deemed submitted upon its filing on the ECF system.

      I thank the Court for its consideration of Chase's request.

                                      Respectfully submitted,

                                      *s/Robin L. Alperstein*
                                      Robin L. Alperstein

cc:    Daniel N. Bertaccini, Esq. (by e-mail and ECF)
        Counsel for Defendant Synchrony Bank

        Alan E. Sash, Esq. (by e-mail and ECF)
        Counsel for Defendants Elizabeth Optical, Inc.,
          E & A Optical, Inc., Edward Gershovich
          and Mariana Gershovich