## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): **August 31, 2020**

2. Deadline for first request for production of documents and first request for interrogatories: **October 1, 2020**

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: Crossclaim-Plaintiff ~~plaintiff(s)~~ **15**; Crossclaim-Defendants ~~defendant(s)~~ **15**

3. Date for completion of any joinder of additional parties and amendment of the pleadings: **November 13, 2020**

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) ____ ; defendant(s) ____

4. Number of depositions by Crossclaim-Plaintiff ~~plaintiff(s)~~ of: parties **8** ; non-parties **8**

5. Number of depositions by Crossclaim-Defendants ~~defendant(s)~~ of: parties **8** ; non-parties **8**

6. Date of status conference (joint status report due two business days in advance): **December 1, 2020**

7. Date for completion of factual discovery: **June 1, 2021**

8. Are expert witnesses needed? Yes ✓ No ___

8(a). Number of expert witnesses, if any, of Crossclaim-Plaintiff ~~plaintiff(s)~~: medical ___ ; non-medical **1**

8(b). Date for completion of those expert reports: **July 16, 2021**

8(c). Number of expert witnesses, if any, of Crossclaim-Defendants ~~defendant(s)~~: medical ___ ; non-medical **1**

8(d). Date for completion of those expert reports: **July 16, 2021**

9. Date for completion of expert discovery: **September 1, 2021**

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): _____

11. Types of contemplated dispositive motions by Crossclaim-Plaintiff ~~plaintiff(s)~~ and dates for filing of those motions: **Summary Judgment** **October 15, 2021**

3

12. Types of contemplated dispositive motions by ~~defendant(s)~~ *and* dates for filing of those motions: Crossclaim-Defendants

    Summary Judgment

    October 15, 2021

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)   Yes ___   No ✓

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)   Yes ___   No ✓

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)   Yes ___   No ✓

4