

299 Park Avenue  
New York, New York 10171

Telephone (212) 888-3033  
Facsimile (212) 888-0255  
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

August 27, 2020

BY ECF  
Hon. James Orenstein  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re: *JPMorgan Chase Bank, N.A. v. Synchrony Bank, et al.*  
         Case No. 20-CV-2162 (RRM) (JO)

Dear Magistrate Judge Orenstein:

    This firm represents plaintiff JPMorgan Chase Bank, N.A. ("Chase") in the above-entitled action. I write to request that Chase be relieved of the meet and confer obligation under Rule 26(f) and to be excused from appearing at the initial discovery planning conference scheduled in this matter for September 1, 2020.

    Chase commenced this interpleader action to resolve the competing claims of the defendants to funds on deposit with Chase. On July 16, 2020, Chase filed its motion for an order directing Chase to deposit the funds at issue into the Registry of the Court and discharging Chase from any further liability with respect to those funds. [ECF Nos. 15-18.] Defendants did not oppose the motion, which was deemed submitted to Judge Mauskopf for decision as of August 3, 2020. [*See* Minute Order entered July 16, 2020.] While as of the present time, no order has been entered on Chase's motion, Chase has no intention of seeking discovery in this action. Any discovery from Chase that the defendants may seek in this matter can be obtained by non-party subpoena.

    I have conferred with counsel for the defendants and they have no objection to Chase's request. Chase requests the Court's permission not to engage in the Rule 26(f) meet and confer process and to be excused from appearing at the September 1, 2020 conference.

    I thank the Court for its consideration of Chase's request.

                                 Respectfully submitted,

                                 *s/Robin L. Alperstein*  
                                 Robin L. Alperstein

cc: Daniel N. Bertaccini, Esq. (by e-mail and ECF)
   Counsel for Defendant Synchrony Bank

   Alan E. Sash, Esq. (by e-mail and ECF)
   Counsel for Defendants Elizabeth Optical, Inc.,
    E & A Optical, Inc., Edward Gershovich
    and Mariana Gershovich

   Adam D. Glassman, Esq, (by e-mail and ECF)
   Counsel for Crossclaim-Defendant Dany Kogan