```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653151910
Cashier ID: dafrani
Transaction Date: 09/15/2020
Payer Name: MCLAUGHLIN AND STERN LLP
------------------------------------
TREASURY REGISTRY
 For: ELIZABETH OPTICAL, INC., ET AL
 Case/Party: D-NYE-1-20-CV-002162-001
 Amount:          $1,953,708.08
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $1,953,708.08
------------------------------------
Total Due:       $1,953,708.08
Total Tendered:  $1,953,708.08
Change Amt:      $0.00
```